629 So.2d 1139 (1993)
In re MEDICAL REVIEW PANEL, Dianne D. Bilello, Individually and as an Heir of Jacob Bilello.
Dianne D. McKENZIE, Individually and as Heir of Jacob T. Bilello
v.
ALTON OCHSNER MEDICAL FOUNDATION d/b/a Ochsner Foundation Hospital, Ochsner Clinic, Erick M. Fajardo, M.D., Elizabeth J. Demagno, M.D., Stephen F. Freedman, M.D., Carlos C. Perez, M.D., Walter S. Culpepper, M.D., Noel L. Mills, M.D., Harvey P. Marice, M.D., Michael D. Horowitz, M.D., and Jose L. Zamora, M.D.
No. 93-C-2387.
Supreme Court of Louisiana.
December 10, 1993.
Denied.
MARCUS, J., would grant the writ.
ORTIQUE, J., not on panel.